[No. 70323-4-I.  Division One.  March 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. FELIPE A. MAGNEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-02994-6, Hollis R. Hill, J., entered March 2, 2012. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Appelwick, JJ.

[No. 70546-6-I.  Division One.  March 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. KARINA TORRESCANO-HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-02266-1, Michael T. Downes, J., entered June 14, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Lau and Trickey, JJ.

[No. 70603-9-I.  Division One.  March 9, 2015.]

BRIAN FISSE, *Appellant*, v. HEATHER M. GARVIE, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-2-03001-4, Janice E. Ellis, J., entered June 10, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Dwyer and Leach, JJ.

[No. 70629-2-I.  Division One.  March 9, 2015.]

RYAN HOWARD, *Appellant*, v. PIERCE COMMERCIAL BANK ET AL., *Defendants*, DEUTSCHE BANK NATIONAL TRUST COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-05565-5, Timothy A. Bradshaw, J., entered June 10, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer and Lau, JJ.